UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LARRY MCMILLIAN,
         Petitioner,

                                          No. 1:06-cv-057

-v-

                                     HONORABLE PAUL L. MALONEY

MARY BERGHUIS,
         Respondent.


JUDGMENT

Having denied Larry McMillian's petition for writ of habeas corpus, pursuant to Rule 58 of

the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of respondent and against

Petitioner.

     **IT IS SO ORDERED.**

     **THIS ACTION IS TERMINATED.**


Date:   November 18, 2009                        /s/ Paul L. Maloney
                                               Paul L. Maloney
                                             Chief United States District Judge